# Third District Court of Appeal
## State of Florida

Opinion filed November 10, 2022.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D22-59
Lower Tribunal No. F20-12118

————————————

## Jason A. Johnson,
Appellant,

vs.

## The State of Florida,
Appellee.

An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Lody Jean, Judge.

Jason A. Johnson, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, SCALES, and HENDON, JJ.

PER CURIAM.

Affirmed.